UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE DETROIT MEDICAL CENTER
HEALTH CARE BENEFITS PLAN,
A Self-Funded ERISA Health and
Welfare Benefit Plan

       Plaintiff,                     Case No.: 2:15-cv-10185-RHC-APP
                                          Hon. Robert H. Cleland

v

EDWARD LOKOSIS,

       Defendant.

_____

MILLER & TISCHLER, P.C.
BY: MAUREEN H. KINSELLA (P56172)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040 / (248) 536-5042 fax
mkinsella@msapc.net
_____

**ORDER OF VOLUNTARY DISMISSAL**

       At a session of said Court held in the United States
District Court, Eastern District of Michigan,
ON <u>May 29, 2015</u>

   PRESENT:    HON <u>  ROBERT H. CLELAND </u>
                            UNITED STATES DISTRICT COURT JUDGE

     THIS MATTER having been resolved and agreed by the parties involved, and the Court being fully apprised of the premises:

IT IS HEREBY ORDERED AND ADJUDGED that this matter be dismissed without prejudice and without costs to both parties.

This is a final order and disposes of this matter.

S/Robert H. Cleland  
UNITED STATES DISTRICT COURT JUDGE

Approved as to Form and Substance:

*/s/ Maureen H. Kinsella*
Maureen H. Kinsella (P56172)
Attorney for Plaintiff